AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

A Brinks safe- Firesafe model 5084-E Serial #

**SEARCH WARRANT**

CASE NUMBER:

07-076-M-01.

TO: __Timothy J. Ervin__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Timothy J. Ervin who has reason to believe that
(name, description and or location)
Brinks safe - Firesafe model 5084-E - serial # _____ This item is further identified as a safe which is dark gray in color. It is approximately 17 inches wide, 17 1/2 inches deep, and 18 1/2 inches in height. On the front of the safe, there is both a slot for a key and a spinning combination dial. This item was seized during the afternoon of February 28, 2007, by the FBI and MPD inside an apartment located at                                          Maryland.  After being seized, the item was transported to the FBI Field Office at 601 4th Street, N.W., Washington, D.C., where it is presently being held.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___March 11, 2007___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAR 01 2007

Date and Time Issued     JOHN M. FACCIOLA
                          U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

_[signature]_

Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3/1/07 | 1:10pm 3/1/07 | N/A |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| N/A |

## INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. $22,960 U.S. currency.

2. Two U.S. passports for             (one expired) - passport number            ; Social Security card for           ; misc. paperwork.

**FILED**

MAR 0   2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*
U.S. Judge or U.S. Magistrate Judge

03/09/07
Date